UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00004-RJC-DSC

| | |
|---|---|
| TICO CROCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on Plaintiff's Motion for Summary Judgment and Defendant's Consent Motion for Remand to the Commissioner for further administrative proceedings. (DEs 10, 12). Defendant, Kilolo Kijakazi, Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose the Defendant's Motion for Remand.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991)

**IT IS, THEREFORE, ORDERED** that:

1. Defendant's Consent Motion for Remand, (DE 12), is **GRANTED**; and

2. Plaintiff's Motion for Summary Judgment, (DE 10), is **DENIED as moot**;

The Clerk is directed to close this case.

Signed: August 8, 2022

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge