IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **TICO CROCKER**, <br><br> Plaintiff, <br><br> vs. <br><br> **COMMISSIONER OF SOCIAL SECURITY**, <br><br> Defendant. | **Civil No. 1:22-cv-00004-RJC-DSC** |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Motion for Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), filed on November 04, 2022. Having reviewed the Motion, the parties' briefs and exhibits and the case file, the Court determines that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $7,848.08.

**IT IS ORDERED** that Plaintiff's Motion for Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A) is **GRANTED**, to the extent that the Court will award attorney's fees in the amount of $7,848.08, and that pursuant to Comm'r

of Soc. Sec. v. Ratliff, 560 U.S. --, 130 S. Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to his counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the Government will exercise its discretion and honor an assignment of EAJA fees and pay the awarded fees directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

**SO ORDERED**.

Signed: November 28, 2022

David S. Cayer
United States Magistrate Judge